CK:MLY
F.#2008R01021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

GEORGE KOURKOUNAKIS,

    Defendant.

- - - - - - - - - - - - - - - - -X

I N F O R M A T I O N

Cr. No. _____
(T. 26, U.S.C., § 7201;
T. 18, U.S.C., §§
3551 et seq.)

THE UNITED STATES ATTORNEY CHARGES:

## TAX EVASION

On or about April 15, 2008, within the Eastern District of New York, the defendant GEORGE KOURKOUNAKIS did knowingly and willfully attempt to evade and defeat substantial income tax due and owing by him to the United States of America, by filing and causing to be filed with the Internal Revenue Service Center, Holtsville, New York, a false and fraudulent U.S. Individual Income Tax Return for 2007, wherein he stated that he earned taxable income of $110,054, and that he had a tax liability of $24,926, whereas, as he then and there well knew and believed, his taxable income for said calendar year was more than $200,000,

2

upon which taxable income there was owing to the United States of America an income tax of substantially more than $24,926.

(Title 26, United States Code, Section 7201; Title 18, United States Code, Sections 3551 et seq.)

_____
BENTON J. CAMPBELL
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK