**Criminal Cause for Status Conf./Motion**

Date: 8/14/09   Time Started: 10:20 AM   09-CR-306   **BRIAN M. COGAN** U.S.D.J.

TIME 10:10:30

Title: USA vs. George Kourkounakis
Docket Number: George Kourkounakis
1. Deft. Name: Steve Zed

☐ Present   ☐ Not Present   ☐ In Custody   ☐ On Bail

Atty. For Deft: _____

☐ Present   ☐ Not Present   ☐ CJA   ☐ RET   ☐ PDA

2. Deft. Name: _____

☐ Present   ☐ Not Present   ☐ In Custody   ☐ On Bail

Atty. For Deft: _____

☐ Present   ☐ Not Present   ☐ CJA   ☐ RET   ☐ PDA

A.U.S.A: Michael Yaeger
ESR/Reporter: Marie Foley   Deputy: Gaby Batista   Clerk: M. Gonzales
Interpreter: N/A   Other: _____

---

☑ Case Called.   ☑ Deft. Appears with counsel
☐ Deft. Appears without counsel
☐ Counsel Present without Deft.
☐ Status Conf./Hrg for Deft Adj'd to _____
☐ Status Conf./Hrg for Deft held
☐ Jury Selection set for _____
☐ Before J. _____   ☐ Parties Consent to Magistrate.
☐ Trial Scheduled for _____
☐ Speedy Trial Information for Deft(s) _____ Still In Effect
   Code Type: _____ Start Date: _____ Stop Date: _____
☐ Motions to be made by: _____
   Response by: _____   Replies if any by _____
☐ Oral argument on: _____

Other: At Case Called, the Defendant enters a plea of Guilty to the Information. The court accepts the plea.