# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __NEW YORK__

**UNITED STATES OF AMERICA**

v.

George Kourkounakis

**DEFENDANT.**

WAIVER OF INDICTMENT

CASE NUMBER: 09 cr 306 (BMC)

I, George Kourkounakis, who is accused of knowingly and willfully attempting to evade and defeat substantial income tax due and owing to the United States of America by filing and causing to be filed with the Internal Revenue Service a false and fraudulent U.S. Individual Income Tax Return, in violation of 26 U.S.C. § 7201, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _____
George Kourkounakis

_____
Steve Zissou, Esq.
Counsel for Defendant

/s/(BMC)

Before _____
Judicial Officer