Criminal Cause for Status Conf./Motion                    **BRIAN M. COGAN**
Date: 8/6/10   Time Started: _____                              U.S.D.J.
                                            TIME        10:00

Title: _____

Docket Number: CR-09-306

1. Deft. Name: George Kourkounakis

☐ Present   ☐ Not Present   ☐ In Custody   ☒ On Bail

Atty. For Deft: _____

☐ Present   ☐ Not Present   ☐ CJA   ☐ RET   ☐ PDA

2. Deft. Name: _____

☐ Present   ☐ Not Present   ☐ In Custody   ☐ On Bail

Atty. For Deft: _____

☐ Present   ☐ Not Present   ☐ CJA   ☐ RET   ☐ PDA

A.U.S.A.: _____

ESR/Reporter: M. Nardone   Deputy: Gaby Batista   Clerk: _____

Interpreter: _____   Other: _____

---

☒ Case Called.      ☐ Deft. Appears with counsel *by phone* .
☐ Deft. Appears without counsel
☐ Counsel Present without Deft.
☐ Status Conf./Hrg for Deft Adj'd to _____
☐ Status Conf./Hrg for Deft held
☐ Jury Selection set for _____
☐ Before J. _____   ☐ Parties Consent to Magistrate.
☐ Trial Scheduled for _____
☐ Speedy Trial Information for Deft(s) _____ Still In Effect
      Code Type: _____ Start Date: _____ Stop Date: _____
☐ Motions to be made by: _____
      Response by: _____ Replies if any by _____
☐ Oral argument on: _____

Other: Sentence put over until 12/10/10 @ 11:30
Deft must submit all his financial documents to the Probation Dept to complete the PSR.
Deft has 30 days from 8/6/10 to submit Employment or business records to probation.