

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MLY
F.#2008R01021

*271 Cadman Plaza East*
*Brooklyn, New York  11201*

January 15, 2011

BY ECF and Hand

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:  United States v. George Kourkounakis,
             Criminal Docket No. 09-306 (BMC)

Dear Judge Cogan:

      Earlier today, on January 15, 2011, defendant George Kourkounakis filed a letter requesting that his sentencing, currently scheduled for January 20, 2011, be rescheduled for "late February or early March."  The government opposes the request.  Sentencing has already been rescheduled several times before, and counsel for the defendant is very familiar with this case and has had prior communications with probation regarding the pre-sentence report.  Counsel could make all relevant arguments on behalf of the defendant orally on the 20th.  In any event, if the Court does decide to grant the defendant's request to reschedule the sentencing, the government requests that the sentencing be held before "late February," and that the defendant be specifically ordered to file his written submission, if any, fourteen days before the new date, or else to forgo a written submission.

                              Respectfully submitted,

                              LORETTA E. LYNCH
                              United States Attorney
                              Eastern District of New York

                By:  /s/
                      Michael L. Yaeger
                      Assistant U.S. Attorney
                      (718) 254-6075

cc:  Steve Zissou, Esq.