:45

## Criminal Calendar: Sentencing

**Before Judge Brian M. Cogan, U.S.D.J.**

Date: _2/18/2011_                                   Time: _3:10_

DOCKET NUMBER: _09CR 306_

DEFENDANT'S NAME: _George Kourkanakis_

_✓_ Present ____ Not Present ____ In Custody _✓_ Bail

DEFENSE COUNSEL: _Steve Zisou_

____ Legal Aid ____ CJA ____ Retained

AUSA: _Michael Yaeger_                    Deputy Clerk: _Melonie Clarke_

INTERPRETER: _____                    (Language) _____

P.O. _____          COURT REPORTER/ESR: _Holly Driscoll_

_✓_ Defendant is given the opportunity to speak on his/her behalf.

_✓_ The Courts finds that there is a factual basis supporting the deft's guilty plea offered before Magistrate Judge _____ on _____. The guilty plea is accepted.

_✓_ The Pre-sentence Report is adopted without change.

_✓_ Defendant is sentenced to _TIME SERVED_ ~~months imprisonment~~ and _3_ years of supervised release.

Special conditions of Supervision are as follows:

– no firearm
– 6 mth confinement in a residential re-entry center, w/ leave to depart only for work, med appts or church btwn the hrs 7am-7pm, including electron monitoring, etc

____ Defendant is ordered to pay restitution in the amount of $_____.

_✓_ Defendant is ordered to pay a fine in the amount of $ _waived_ .

_✓_ Defendant is ordered to pay a special assessment of $100.00.

Monetary penalties are due as follows:

____ The Court recommends to the U.S. Bureau of Prisons that the deft be incarcerated at a facility in the _____ region, close to _____.

____ The Court recommends: _____

____ The deft is remanded to the custody of U.S.M.S.

____ The deft shall surrender to the U.S.M.S. for the Eastern District of N.Y. on ____ @ ____

____ The deft shall surrender for service of sentence at the institution designated by the Bureau of Prisons: ☐ before 2:00pm on _____ ☐ as notified by USMS or ☐ as notified by P.O.

____ Open count(s) _____ is/are dismissed on motion of the government.

\* A seperate hearing will be held on 4/22/11 regarding the amount of restitution.