## Steve Zissou & Associates
### Attorneys at Law
42-40 Bell Boulevard, Suite 302
Bayside, New York 11361

---

Office   (718) 279-4500                                         Email: stevezissou@verizon.net
Facsimile (718) 281-0850

**By ECF**

May 11, 2011

Honorable Brian M. Cogan
United States District Judge
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *USA v. Kourkounakis*
            09-cr-306 (BMC)

Dear Judge Cogan:

      For the reasons set forth below, I write to request that the restitution hearing currently scheduled for May 13, 2011, be removed from the calender and an order of restitution and the judgement be issued in this case.

      On March 2, 2011, George Kourkounakis was sentenced to time served; 3 years supervised release; $100.00 special assessment fee and as a special condition of supervision, six months confinement in a residential re-entry center. At my request, judgment was reserved on restitution to give the parties an opportunity to resolve the issue in a different manner then the one the Court was otherwise inclined to impose.

      Since that time, the parties have discussed the alternatives but have not been able to agree upon a proposed order.  Accordingly, I respectfully request that the Court enter the order contemplated at the sentence hearing.

      Under the circumstances, the parties agree that the judgment may be issued without the need to appear in court as scheduled on May 13, 2011.

      Thank you very much for your consideration in this matter.

                                          Sincerely yours,

                                          *Steve Zissou*

                                          Steve Zissou

cc: Michael Yaeger (by ecf, email)