# United States District Court

## for the

## Eastern District of New York

## Report on Offender Under Supervision

HON. Brian M. C...
RECEIVED
SEP 7 2012

Case Number: **0207 1:09CR00306-001**

Name of Offender: **George Kourkounakis**

Name of Sentencing Judicial Officer:   Honorable Brian M. Cogan

Date of Original Sentence:   5/18/2011

Original Offense:   ATTEMPT TO EVADE OR DEFEAT TAX -

Original Sentence:   Imprisonment - 1 D
Supervised Release - 36 M
Probation - 0

Type of Supervision:   TSR            Date Supervision Commenced:   2/18/2011

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Non-Compliance |
| --- | --- |
| 1 | Failure to Abstain from Alcohol Consumption |

U.S. Probation Officer Action:

The following is provided to the Court for informational purposes:

On August 14, 2012, the undersigned visited the offender at home subsequent to the Court's recent imposition of a 90-day term on an alcohol monitoring bracelet. Though not yet equipped with the monitoring bracelet, the offender had been reminded on numerous occasions that he must not consume alcoholic beverages, pursuant to his substance abuse treatment condition. During the home visit, the offender admitted that he had just imbibed a glass of wine. A breathylyzer exam was administered, which yielded a result of .030. Additionally, the undersigned observed in plain view an empty one liter bottle and a half-liter bottle of Johnny Walker Black whisky, a bottle of oxycodone, and a bottle of Robitussin. The offender neglected to advise the undersigned that he had been prescribed the painkillers, although he states that he obtained them after a "fall" at work. Notably, the offender admitted to imbibing the wine with the oxycodone and the Robitussin.

Based on the offender's continued use of alcohol and his dismissal from outpatient treatment, the offender was referred to inpatient treatment at Daytop Village in Rhinebeck, New York. He checked into the program on August 21, 2012, and is expected to complete treatment on September 18, 2012. Due to his inpatient status, the alcohol monitoring bracelet will not be installed at this time.

The Probation Department respectfully request no action at this time.

Respectfully submitted,

by Jennifer Connelly
U.S. Probation Officer
Date: August 30, 2012

Approved:

Kathleen Kearns, SUSPO

*Please indicate the Court's response below and return to the U.S. Probation Officer*

Prob 12A -3- *Report on Offender*
*Under Supervision*

*Name of Offender:* George Kourkounakis   *Case Number:* 0207 1:09CR00306-001

THE COURT ORDERS that this document be filed under permanent seal as it contains treatment information and that the Probation Department:

[X] Take no Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Please return a certified copy to the New York Eastern Probation office.

s/ BMC
_____
Signature of Judicial Officer

9/7/12
_____
Date